# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: February 27, 2015 |
| Court Reporter: Janet Coppock | Time: 36 minutes |
| Probation Officer: Justine Kozak | Interpreter: n/a |

**CASE NO.  14-CR-00376-PAB**

<u>Parties</u>                                                                       <u>Counsel</u>

**UNITED STATES OF AMERICA,**                        Kurt Bohn


    Plaintiff,

vs.

**RAYMOND DAVIS LINDLEY,**                            David Owen


    Defendant.

## SENTENCING

**10:07 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report and its Addendum are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
14-CR-00376-PAB
February 27, 2015

Argument by Mr. Owen in support of the defendant's Motion for a Sentence Outside the Advisory Sentencing Guideline Range Based Upon the Factors Set Forth in Title 18 U.S.C. § 3553(a) and comments addressing sentencing.

Argument by Mr. Bohn and comments addressing sentencing.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion for a Sentence Outside the Advisory Sentencing Guideline Range Based Upon the Factors Set Forth in Title 18 U.S.C. § 3553(a) [Docket No. 31], is **DENIED.**

Defendant entered his plea on **November 25, 2014** to count **One of the Indictment.**

**ORDERED:** Defendant's Plea Agreement is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **60** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility in Arizona that's appropriate with the security designation in the State of Arizona** and RECOMMENDS that he be allowed to participate in a Residential Drug Abuse Program (**RDAP**).

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.

Page Three
14-CR-00376-PAB
February 27, 2015

- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:  Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the     presentence report to the treatment agency for continuity of treatment.
- (**X**) The defendant shall remain medication compliant and shall take all medications that are prescribed by his treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.
- (**X**) Defendant shall submit in his person, property, house, residence, papers, or office, to a search conducted by a United States probation officer.  Failure to submit to a search may be grounds for revocation of release.  The defendant shall warn any other occupants that the premises may be subjected to searches pursuant to this condition.  An officer may conduct a search pursuant to his condition only when reasonable suspicion exits that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation.  Any search must be conducted at a reasonable time and in a reasonable manner.
- (**X**) Defendant shall not associate with or have contact with any gang members and shall not participate in gang activity, to include displaying gang paraphernalia.

Page Four
14-CR-00376-PAB
February 27, 2015

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days from entry of judgment.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**10:43 a.m.    COURT IN RECESS**

**Total in court time:    36 minutes**

**Hearing concluded**